United States Courts
Southern District of Texas
FILED

OCT 18 2018

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. H-18-18 CR 622 |
| | § | |
| DEMETRIUS JOHNSON | § | |

## INDICTMENT

The United States Grand Jury charges:

### COUNT 1
### (Theft of Mail by Postal Employee)

From in or about December 2017 through in or about April 2018, within the Houston Division of the Southern District of Texas,

**DEMETRIUS JOHNSON,**

defendant herein, being a United States Postal Service officer or employee, did remove and steal from any such letter and mail, articles and things, to wit: cellular phones, which came into his possession, entrusted to him, and intended to be conveyed and delivered by mail through the United States Postal Service.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL

Original Signature on File

RYAN K. PATRICK
United States Attorney

By: _____
Heather Winter
Assistant United States Attorney