# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**   Cr. No. H-18-622

**DEMETRIUS JOHNSON**

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

Demetrius Johnson, moves this Court for a 60-day continuance of the November 19, 2020 sentencing date, and in support of this motion presents the following:

Mr. Johnson has pleaded guilty to theft of mail by postal employee in violation of 18 U.S.C. § 1709. The Presentence Report in this case was disclosed to undersigned counsel on April 1, 2020.

Mr. Johnson wishes to appear in person for his sentencing. Due to the COVID-19 pandemic and the rising number of cases in Houston specifically, in-person appearance is not safe for Mr. Johnson or other hearing participants.

The government is unopposed to this Motion for Continuance of Sentencing.

    Respectfully submitted,

    MARJORIE A. MEYERS
    Federal Public Defender
    Southern District of Texas No. 3233
    Texas State Bar No. 14003750

By: /s/ Heather Hughes
HEATHER HUGHES
Assistant Federal Public Defender
Southern District of Texas No. 3473328
Texas State Bar No. 24116543
440 Louisiana, Suite 1350
Houston, Texas 77002
    Telephone:  713.718.4600
    Fax:          713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Heather Winter, and determined that the United States is unopposed to this motion for continuance.

s/ Heather Hughes<br>
HEATHER HUGHES

## CERTIFICATE OF SERVICE

I certify that on November 13, 2020, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Heather Winter and United States Probation Officer Leslie Barrett.

s/ Heather Hughes<br>
HEATHER HUGHES